

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00461-CV

The State of Texas

v.

One (1) 2009 Chevrolet Silverado Pickup, VIN #3GCEC13C29G221052, One (1) Smith & Wesson SW40VE.40, Serial #RBK8834 and Bryco Arms Chrome 380 Auto Serial #1222556

On Appeal from the
105th District Court of Kleberg County, Texas
Trial Cause No. 13-082-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

September 11, 2014